CITY OF UVALDE v. Mike CLARK. (No. 7248.) (Court of Civil Appeals of Texas. San Antonio. Dec. 10, 1924.) Appeal from District Court, Uvalde County; R. H. Burney, Judge. L. Old, of Uvalde, for appellant. G. B. Fenley, of Uvalde, for appellee.

FLY, C. J. This is a suit to obtain a writ of injunction to restrain appellee from moving a certain house from one lot to another in violation of an ordinance of the appellant. Judgment was rendered in favor of appellee, denying the injunction, and assessing the costs against appellant. No briefs have been filed by either party, and, an investigation of the record not disclosing any fundamental error, the judgment will be affirmed.

5

FIRST NATIONAL BANK OF MT. PLEASANT, Appellant, v. Mrs. H. R. BASS et al., Appellees. (No. 2996.) (Court of Civil Appeals of Texas. Texarkana. Nov. 27, 1924.) Appeal from Titus County Court; Dan M. Cook, Judge. I. N. Williams, of Mt. Pleasant, for appellant. Hiram G. Brown, of Mt. Pleasant, for appellees.

HODGES, J. The appellant sued Mrs. H. R. Bass on a note for $914.41, executed by her in January, 1920. Mrs. Bass pleaded coverture, among other defenses. In a trial before the court a judgment was rendered in her favor. In this appeal appellant contends that the evidence was such as to require a finding that the note sued on was based upon a loan of money to enable Mrs. Bass to purchase necessaries for the support of herself and family, and also for material used by her in improving her separate property. Viewed in the light most favorable to the appellant, the testimony upon that issue was conflicting, and for that reason the finding of the trial court should not be disturbed. The judgment is affirmed.